**ADVERSARY PROCEEDING COVER SHEET (FORM 1040), CONT'D**

**ATTORNEYS FOR DEFENDANTS**

GLOBAL MERCHANT CASH INC.
James Berman
John L. Cesaroni
Zeisler & Zeisler, PC
10 Middle Street, 15th Floor
Bridgeport, CT 06605
(203) 368-4234

Shanna M. Kaminski
Kaminski Law, PLLC
40950 Woodward Avenue, Ste. 100
Bloomfield Hills, MI 48304
(248) 462-7111

SONEPAR DISTRIBUTION NEW ENGLAND, INC.
Charles I. Miller
The Law Office of Charles I. Miller
PMB 108, 1245 Farmington Avenue
West Hartford, CT 06107
(860) 656-6454